MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Quentin Stallings

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:14-CR-212 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERNCE |
| v. | ) |
| QUENTIN STALLINGS, | ) |
| Defendants. | ) |

    Defendant Quentin Stallings by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Jason Hitt, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, September 11, 2014 at 9:30 a.m. to Thursday, October 16, 2014 at 9:30 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

    The continuance is requested to allow the defense to engage in investigation, review the discovery,  review the discovery with the client, and discuss settlement options.

    It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 1, 2014                     The CHASTAINE LAW OFFICE

                                                     By: _____/s/ Michael Chastaine
                                                        MICHAEL CHASTAINE
                                                        Attorney for Robert Jones

Dated: September 1, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By:  /s/ Jason Hitt
                                                 JASON HITT
                                                 Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, September 11, 2014 at 9:30 a.m. be continued to Thursday, October 16, 2014 at 9:30 a.m. and that the period from September 11, 2014 to October 16, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 3, 2014

_____
Troy L. Nunley
United States District Judge