DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:14 CR 00212 TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME  PERIODS UNDER |
| | ) SPEEDY TRIAL ACT  FINDINGS AND |
| vs. | ) ORDER |
| | ) |
| QUENTIN STALLINGS. , | ) |
| | ) |
| Defendant | ) |

Plaintiff, United States of America, by and through its counsel of record, and the defendant, QUENTIN STALLINGS, by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on October 16, 2014.

2.    By this stipulation, the defendant now moves to continue the status conference until December 4, 2014, and to exclude time between October 16, 2014 and December 4, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a.    Defense counsel needs more time to consult with defendant regarding his case.

b.    Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

STIP AND ORDER TO EXTEND TIME - 1

account the exercise of due diligence.

        d.      The government does not object to the continuance.

        e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2014, to December 4, 2014, at 9:30 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,


Date:  10-14-14                           By:  /s/ Danny D. Brace, Jr.,
                                      DANNY D. BRACE, JR.,
                                      Attorney for
                                      Quentin Stallings

Date:   10-14-14

By:/s/ Jason Hitt
Authorized to sign for Mr. Hitt
On October 14, 2014
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated:  October 14, 2014**

_____
Troy L. Nunley
United States District Judge

STIP AND ORDER TO EXTEND TIME - 3